IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR PORRATA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-2309 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of August, 2014, after considering the motion for preliminary injunctive relief (Doc. No. 5) filed by the plaintiff, Omar Porrata, and after also considering the plaintiff's brief in support of the motion for preliminary injunctive relief (Doc. No. 6), the brief in opposition to the motion for preliminary injunctive relief filed by the defendant, Pennsylvania Interscholastic Athletic Association, Inc. (Doc. No. 8), the parties' proposed findings of fact and conclusions of law (Doc. Nos. 11, 12), and the record presented during the evidentiary hearing, it is hereby **ORDERED** that the motion for preliminary injunctive relief (Doc. No. 5) is **DENIED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.